| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
November 02, 2021
Nathan Ochsner, Clerk

Christina Maciel, §
    Petitioner, §
§
v. §    Civil Action H-21-1074
§
T. Hawkins, §
FPC Bryan - Federal Prison Camp, §
    Respondent. §

# Order of Adoption

On October 1, 2021, Magistrate Judge Peter Bray recommended that Maciel's petition for habeas corpus be denied. (8) No objections were filed. The court adopts the report and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed November 2, 2021, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge